UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD J. REYNA, SR.,

      *Plaintiff*,

  v.

ABC NEWS, et al.,

      *Defendants*.

Civil Action No. 1:23-cv-02011 (UNA)

**MEMORANDUM OPINION**

    This action, brought *pro se*, is before the Court on review of Plaintiff's complaint, ECF No. 1, and application to proceed *in forma pauperis*, ECF No. 2. The Court will grant the application and dismiss the complaint.

    Plaintiff, a resident of Oaklawn, Illinois, has submitted a 29-page rambling complaint against ABC News and individuals affiliated with the ABC broadcasting network, including television personality Michael Strahan. Plaintiff alleges that he has been sending drawings and legal documents "to 147 Columbus Av ABC New York," but "most of the art work was intercepted" by "one or more" of the defendants. Compl. at 1–2. He states his belief that Strahan "is using force and intimidation to steal the art work." *Id.* at 2. Otherwise, his complaint contains a series of allegations about legal proceedings and other topics that have no apparent connection to the named defendants.

    Plaintiff has failed to satisfy Rule 8 of the Federal Rules of Civil Procedure, which requires a complaint to contain "a short and plain statement of the grounds for the court's jurisdiction" and "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R.

Civ. P. 8(a).  Rule 8 "ensures that defendants receive fair notice of the claim being asserted" and "assists the court in determining whether it has jurisdiction over the subject matter."  *Spencer v. U.S. Dep't of Lab.*, No. 23-00322, 2023 WL 2139368, at *1 (D.D.C. Feb. 17, 2023).  Because the complaint fails to provide notice of Plaintiff's claim and the basis for the Court's jurisdiction, the action will be dismissed without prejudice by separate order.

DATE:  August 15, 2023

                                                CARL J. NICHOLS
                                                United States District Judge